# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| HOWARD L. BOGGAN, II,<br>    Plaintiff, | Case No. 1:20-cv-129<br>McFarland, J.<br>Litkovitz, M.J. |
| vs. | |
| DALTON PROTECTION, INC., et al.,<br>    Defendants. | **ORDER** |

Defendant Jared Minton moves to strike his previously-filed "Motion to Change Venue and to Dismiss Plaintiff's Complaint" (Doc. 5) and to file in its place an "Amended Motion to Change Venue and to Dismiss Plaintiff's Complaint."[1] (Doc. 7). Defendant Minton states that he inadvertently filed a draft version of the motion to change venue and to dismiss that transposed names and contained typographical errors.

Defendant Minton's motion to strike his previously-filed motion to change venue and dismiss and to file an amended motion (Doc. 7) is **GRANTED**. The Clerk is directed to **STRIKE** defendant Minton's "Motion to Change Venue and to Dismiss Plaintiff's Complaint" (Doc. 5) from the docket and to file in its place defendant Minton's "Amended Motion to Change Venue and to Dismiss Plaintiff's Complaint" (Doc. 7 at 3-13).

    **IT IS SO ORDERED.**

Date: 4/28/2020

Karen L. Litkovitz
United States Magistrate Judge

---

[1] The amended motion to change venue and dismiss is attached to Doc. 7 at pages 3-13.